MAX JACOBI, Appellant, v. CHARLES E. LUSK and MORTIMER W. TURNER, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GEORGE W. MALTBY & SONS COMPANY, Respondent, v. WALTER W. WADE and Others, Defendants. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. [131 Misc. 143.]

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY OF BOSTON, Respondent, v. CHARLES W. HOFFMAN and Others, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BARNICK, Relator, v. PETER C. FOLEY, as Mayor of the City of Olean, Respondent.— Writ of certiorari dismissed and determination of mayor confirmed, with ten dollars costs and disbursements. Motion· to amend return denied. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPHINE TALARICO, Respondent, v. GEORGE J. SKINNER, Individually and as Receiver of the Personal Property of TONY TALARICO, etc., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of JOSEPH TALARICO for Leave to Sue GEORGE J. SKINNER, as Receiver of the Personal Property of TONY TALARICO, in an Action Entitled " County Court, Oneida County. JAMES R. DIXON, Plaintiff, against TONY TALARICO, Defendant."— Orders affirmed, with ten dollars costs and ·disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

PAUL WIRSING, an Infant, by BERNARD WIRSING, His Guardian ad Litem, Respondent, v. ABRAHAM VAN BORTLE and BROER BEITSMA, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LAURA SCOTT, Respondent, v. WILLIAM KENEALY and EDWARD KENEALY, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Arbitration between CHARLES H. EVERITT, Respondent, and THE BOARD OF EDUCATION OF THE CITY OF BUFFALO, N. Y., Appellant, over the Erection of the Lewis J. Bennett High School.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. [131 Misc. 507.]

PETER DEVOSE and JULIA DEVOSE, Respondents, v. JAMES PASSERO, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JESSE L. OBERDORFER and MAY G. OBERDORFER, Appellants, v. MADISON-WARREN CORPORATION, O'BRIEN CONSTRUCTION COMPANY and SYRACUSE EXCAVATING AND GRADING COMPANY, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.